| | |
|---|---|
| WURTH-PLUS, LLC | NO. 24-C-381 |
| VERSUS | FIFTH CIRCUIT |
| LAKESHORE CHRYSLER DODGE JEEP, INC. AND FCA US LLC | COURT OF APPEAL |
| | STATE OF LOUISIANA |

September 03, 2024

Linda Wiseman
First Deputy Clerk

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

**IN RE** LAKESHORE CHRYSLER DODGE JEEP, INC. AND FCA US LLC

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE STEPHEN D. ENRIGHT, JR., DIVISION "N", NUMBER 849-424

Panel composed of Judges Jude G. Gravois,
Marc E. Johnson, and Timothy S. Marcel

**WRIT DENIED**

Relators, Lakeshore Chrysler Dodge Jeep, Inc. and FCA US, LLC, defendants in an action for redhibition stemming from a purportedly defective automobile, seek supervisory review of the trial court's denial of their declinatory exception of improper venue.

Venue is a question of law, which is reviewed *de novo* by the appellate court. *Seghers v. LaPlace Equip. Co., Inc.*, 13-350 (La. App. 5 Cir. 2/12/14), 136 So.3d 64. For purposes of a venue exception, the allegations of the plaintiff's petition are taken as true; however, when evidence is offered at a trial on the exception, the court is not bound to accept the allegations of the petition as true. *Louisiana Mach. Co., L.L.C. v. Don Bihm Equip. Co., Inc.*, 22-471 (La. App. 5 Cir. 11/17/22) (unpublished writ disposition). Once venue is determined to be proper on allegations or facts developed at trial of the exception of improper venue, venue does not become improper by reason of a later change of facts or establishment of different facts. *Prokop v. Mack Trucks, Inc.*, 96-608 (La. App. 5 Cir. 12/30/96), 694 So.2d 387, 390. La. C.C.P. art. 74 provides, in pertinent part: "An action for the recovery of damages for an offense or quasi offense may be brought in the parish where the wrongful conduct occurred, *or in the parish where the damages were sustained*." (Emphasis added.)

On *de novo* review, we find no error in the trial court's judgment overruling defendants' exception. Plaintiff specifically alleged in its petition that it "sustained damages in Jefferson Parish due to loss of use of the vehicle for business purposes," and thus, "venue in Jefferson Parish is proper as it is the Parish where damages were sustained." There's no indication that relators offered any evidence

1

at the trial on the exception to contest this alleged fact or in support of their claim that venue is not proper in Jefferson Parish.  Accordingly, this writ is denied.[1]

Gretna, Louisiana, this 3rd day of September, 2024.

**TSM**
**JGG**
**MEJ**

---

[1] In addition, we note with opprobrium counsel for relator's multiple misrepresentations of the Fourth Circuit's holding in *Lewis v. Marshall Bros. Lincoln-Mercury, Inc.*, 04-0507 (La. App. 4 Cir. 5/19/04), 876 So.2d 142, as being from the Louisiana Supreme Court. Although these errors may have been unintentional, we note that legal argument based on knowingly false representation of law constitutes dishonesty toward the tribunal.  *See* La. Rules of Professional Conduct 3.3.

2

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY **09/03/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

**24-C-381**

CURTIS B. PURSELL
CLERK OF COURT

**E-NOTIFIED**
24th Judicial District Court (Clerk)
Honorable Stephen D. Enright, Jr. (DISTRICT JUDGE)
William F. Bologna (Relator)
Gerald A. Melchiode (Respondent)
Dwight L. Acomb (Relator)

**MAILED**